ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS MUEHLECK
LORETTA SHEEHAN
Assistant U.S. Attorneys
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00245 (20) DAE |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| v. | ) | [21 U.S.C. § 843(b)] |
| | ) | |
| EDMUNDO GIOVANNI VILLAGRAN, a.k.a. "Mike," | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges that:

On or about March 20, 2000, in the District of Hawaii, the defendant EDMUNDO GIOVANNI VILLAGRAN, a.k.a. "Mike," used and caused to be used a communications facilitating the commission of a conspiracy to distribute and to possess with intent to distribute one kilogram or more of heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

DATED: December 6, 2001, Honolulu, Hawaii.

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

United States v. Edmundo Giovanni Villagran,
CR. NO. 00-00245 (20) DAE

Information

2